# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON IRA LIVON, | ) | Case No. 5:23-cv-02234-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LELAND DUDEK, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: March 29, 2025

SHERI PYM
United States Magistrate Judge